United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00730 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT FLORES'S MOTION FOR DISCOVERY** |
| MORIS FLORES, et al., | |
| Defendants. | |

At the hearing today, the government should be prepared to state when it produced to Colour Drop all "DH" audio recordings sought by defendant Flores in his motion for discovery.

**IT IS SO ORDERED.**

Dated: March 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE