IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MORIS FLORES, et al., <br> Defendants. | No. CR 08 0730 WHA <br><br> **SEALING ORDER** <br><br> ~~FILED UNDER SEAL~~ |

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the following documents previously received by the Clerk of the Court, be filed UNDER SEAL and not unsealed without further order of the court:

1) Defendant's Reply in Support of Motion for Discovery re Grand Jury Misconduct; Declaration of Counsel; Memorandum of Points and Authorities;

2) Exhibits to Defendant's Reply in Support of Motion for Discovery Re Grand Jury Misconduct;

3) Ex Parte Application to Seal Documents and Supporting Declaration of Counsel;

4) ~~Sealing Order;~~

Dated: August 3, 2010.

IT IS SO ORDERED
/s/ William Alsup
Judge William Alsup

_____
Hon. WILLIAM ALSUP
United States District Court Judge