IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 08 0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE SERVICE OF SEALED DOCUMENTS** |
| MORIS FLORES, et al., | |
| Defendants. | ~~FILED UNDER SEAL~~ |

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the following documents received by the Clerk of the Court on July 30, 2010, and filed under seal may be served on counsel for each defendant in the above captioned case, as well as upon the government:

    1) Reply in Support of Motion for Discovery re Grand Jury Misconduct; and Exhibits attached thereto;

    2)    Sealing Order.

Dated: August 3, 2010.

IT IS SO ORDERED
Judge William Alsup

_____
Hon. WILLIAM ALSUP
United States District Court Judge