IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | **ORDER REQUESTING SUBMISSION OF MISSING ATTACHMENT TO 80 FOREST GROVE WARRANT** |
| v. | |
| MORIS FLORES, *et al*. | |
| Defendants. | |

On July 27, defendant Moris Flores filed a motion to suppress evidence seized from 80 Forest Grove in Daly City (Dkt. No. 2000). Mr. Flores attached to his motion a copy of the search warrant at issue, as provided to Mr. Flores by the government (Dkt. No. 2000-1 at 3). The search warrant specified that "Exhibit A" is incorporated by reference and attached (*ibid*.). This attachment, however, was not included as part of Mr. Flores' submission, nor was it included in the government's response. Mr. Flores' counsel must file the missing attachment or a declaration specifying why he is unable to do so, by **WEDNESDAY, SEPTEMBER 8** at **NOON**.

**IT IS SO ORDERED.**

Dated: August 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE