IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al.*,<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER EXTENDING DEADLINES FOR BRIEFING RE LATENT FINGERPRINT IDENTIFICATION CERTAINTY AND FURTHER SUBMISSIONS RE FLORES SUPPRESSION MOTIONS** |

The government has not yet submitted its briefing on its objection to Joanne Del Bene being limited to expressing her degree of certainty to a "reasonable degree of certainty in the latent print examination field." This briefing was due by October 5 at Noon (Dkt. No. 2307). The government will have until **OCTOBER 8** at **NOON** to submit any briefing. Accordingly, the deadline for any opposition will be extended to **OCTOBER 18** at **NOON** and the deadline for any reply will be extended to **OCTOBER 20** at **5 P.M.** These deadlines will not be further extended.

The October 10 deadline for further submissions regarding materials seized from 80 Forest Grove and the inevitable discovery of cell phone records challenged by defendant Moris Flores' suppression motions will be extended to **OCTOBER 12** at **NOON** (Dkt. No. 2300 at 21–22).

**IT IS SO ORDERED.**

Dated: October 6, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE