IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MORIS FLORES, *et al.*,

Defendants.

No. CR 08-0730 WHA

**ORDER RE DEFENDANT FLORES' MOTION TO SUPPRESS CELL PHONE RECORDS**

"Cell phone records" as used in the September 22 order referred only to the records specifically sought to be suppressed by defendant Moris Flores and joining defendant Giovanni Hernandez — text messages and other materials containing *content* of the communications from telephone numbers 415-368-2649 and 415-574-8164 (Dkt. Nos. 1993, 2023, 2300).

The government has notified the undersigned that it does not have any such records predating May 1, 2008 (Dkt. No. 2347). This notification renders moot the unresolved portion of the motion regarding cell phone records predating May 1, 2008.

**IT IS SO ORDERED.**

Dated: October 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE