IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORIS FLORES, *et al.*,<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE STATUS REPORT FROM GOVERNMENT AND COUNSEL FOR MORIS FLORES RE MOTION TO SUPPRESS** |

The government has notified the undersigned that it has met and conferred with counsel for defendant Moris Flores and has agreed to review evidence jointly with counsel to determine whether the government seeks to introduce any items at trial that counsel contends were seized outside the scope of the warrant for 80 Forest Grove (Dkt. No. 2348).

The parties have requested additional time to submit a further status report. This request is **GRANTED**. The parties have until **OCTOBER 26** at **NOON** to submit a final status report. If any disagreements remain, the report must include a description of the contested evidence, and where possible, photographs of the evidence.

**IT IS SO ORDERED.**

Dated: October 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE