IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORIS FLORES, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER DENYING DEFENDANT MORIS FLORES' MOTION TO SUPPRESS RE WARRANTLESS ARREST ON MAY 17, 2008** |

For the reasons stated at the conclusion of the November 10 evidentiary hearing, defendant Moris Flores' motion to exclude evidence obtained as a result of the SFPD's warrantless arrest of him on May 17, 2008, is **DENIED** (Dkt. No. 1992). This resolves the remainder of defendant Flores' motion to suppress warrantless searches and arrests (Dkt. Nos. 1992, 2300).

Defendant Giovanni Hernandez's suppression motion made by way of joinder to defendant Flores' motion is also **DENIED** for the reasons stated at the conclusion of the November 10 evidentiary hearing (Dkt. No. 2022).

**IT IS SO ORDERED.**

Dated: November 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE