IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORIS FLORES, *et al*.<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR DEFENDANT MORIS FLORES' MOTION TO CONTINUE TRIAL** |

The briefing schedule for defendant Moris Flores' motion to continue trial will be the standard briefing schedule as established by Criminal Local Rule 47-2. Accordingly, the government's response is due by **JANUARY 14 AT NOON**. Any reply by defendant Flores is due by **JANUARY 18 AT NOON**. The hearing will be held on **JANUARY 21 AT 1 P.M.**, as noticed by defendant Flores.

All counsel are reminded of their obligation to meet the impending deadlines established by the scheduling order (Dkt. No. 2513).

**IT IS SO ORDERED.**

Dated: January 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE