IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 08 0730 WHA |
| Plaintiff, | |
| v. | **SEALING ORDER** |
| MORIS FLORES, et al., | ~~FILED UNDER SEAL~~ |
| Defendants. | |

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the following documents previously received by the Clerk of the Court, be filed UNDER SEAL and not unsealed without further order of the court:

1) "Exhibit C" to Mr. Flores' Motion to Continue Trial;

2) Ex Parte Application to Seal Documents and Supporting Declaration of Counsel;

~~4) Sealing Order;~~

Dated: January 10, 2011.

_____
Hon. WILLIAM ALSUP
United States District Court Judge