MARK ROSENBUSH
Attorney at Law - CSB # 72436
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant
MORIS FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MORIS FLORES, *et al.*, <br><br> Defendants. | Case No. CR 08 0730 WHA <br><br> **ORDER** [Proposed] <br> Sealing Exhibit A to In Limine Motions |

GOOD CAUSE APPEARING THEREFORE, upon the application of Defendant Moris Flores and the declaration of counsel Mark Rosenbush in support thereof;

IT IS HEREBY ORDERED that Defendant Flores's Exhibit A to In Limine Motions be filed **UNDER SEAL** and not unsealed without further order of the court.

Dated: January 27, 2011.

_____
Hon. WILLIAM ALSUP
United States District Judge