MARK ROSENBUSH
Attorney at Law - CSB # 72436
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant
MORIS FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MORIS FLORES, *et al.*,

Defendants.

Case No. CR 08 0730 WHA

**ORDER** [Proposed]
Sealing In Limine Motion and Exhibits

GOOD CAUSE APPEARING THEREFORE, upon the application of Defendant Moris Flores and the declaration of counsel Mark Rosenbush in support thereof;

IT IS HEREBY ORDERED that Defendant Flores's Motion in Limine to Exclude Evidence of Defendant's Statements Gathered in Violation of *Massiah* and the Exhibits thereto be filed **UNDER SEAL** and not unsealed without further order of the court.

Dated: January 27, 2011.

_____
Hon. WILLIAM ALSUP
United States District Judge