**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN CRUZ-RAMIREZ, DANIEL PORTILLO, MORIS FLORES, *et al.*,<br><br>Defendants. | No. CR 08-0730 WHA<br><br>**NOTICE RE IMPROPER PUBLIC FILING BY COUNSEL FOR DEFENDANTS CRUZ-RAMIREZ, PORTILLO, FLORES REFERENCING PROTECTED WITNESS BY NAME** |

Counsel for defendants Jonathan Cruz-Ramirez and Daniel Portillo filed joinder motions on the public docket referencing a protected witness by name and identifying the witness as a "cooperator" in both in the document title and in the document itself (Dkt. Nos. 3221, 3238). Counsel for defendant Moris Flores filed a joinder motion on the public docket referencing the protected witness by name in the document itself (Dkt. No. 3231). These docket entries have been blocked. If counsel wish for the joinder motion to be considered and included in the case file, the joinder motion should be re-submitted for sealed filing, with a proposed sealing order.

Counsel are in violation of the stipulated protective order and must take the proper steps to ensure that the ECF notifications and any other material associated with the improper public filing of these joinder motions are not disseminated further.

Dated: February 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE