MARK ROSENBUSH
Attorney at Law - CSB # 72436
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant
MORIS FLORES

RECEIVED
2011 FEB -2 A 11: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MORIS FLORES, *et al.*,<br><br>    Defendants. | Case No. CR 08 0730 WHA<br><br>[~~Proposed~~] SEALING ORDER |

Good cause appearing therefore, upon an application made to this Court by Mark Rosenbush, counsel for defendant Moris Flores, it is hereby ordered that the request for joinder to a motion filed by co-defendant Guillermo Herrera (previously filed under seal), and the application for this order, both lodged with this Clerk of the Court on February 2, 2011, shall be filed under seal and maintained under seal until further order of this Court.

Dated: February 3, 2011.

_____
Hon. William Alsup
United States District Judge