IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE DISCOVERY MOTION FILED BY DEFENDANT MORIS FLORES (DKT. NO. 3387)** |
| MORIS FLORES, *et al*. | |
| Defendants. | |

Defendant Moris Flores moves for discovery regarding the alleged cooperation of Manuel Franco (Dkt. No. 3387). The motion is **DENIED WITHOUT PREJUDICE** to refiling after counsel meets and confers with the government to determine whether the government is even unwilling to turn any such records over. As stated in a recent order regarding defendant Guillermo Herrera's discovery motions, this is the procedure required by Criminal Local Rule 16-2 (Dkt. No. 3305). If a conference with the government does not fully resolve the matter, defendant Flores' re-filed discovery motion should address what efforts were made and describe the matters which could not be resolved.

**IT IS SO ORDERED.**

Dated: February 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE