IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE BRIEFING SCHEDULE FOR DEFENDANT FLORES' MOTION FOR DISCOVERY CONCERNING MANUEL FRANCO** |
| MORIS FLORES, *et al*. | |
| Defendants. | |

Defendant Moris Flores moves for discovery regarding the alleged cooperation of Manuel Franco (Dkt. No. 3402). Any response by the government must be filed by **FRIDAY, FEBRUARY 18 AT 5 P.M.** Any reply must be filed by **WEDNESDAY, FEBRUARY 23 AT NOON**. The parties will be notified if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: February 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE