IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORIS FLORES, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER DENYING DEFENDANT MORIS FLORES'** *EX PARTE* **MOTION TO STRIKE GOVERNMENT RESPONSE TO** *MASSIAH* **MOTION** |

Defendant Moris Flores moves to strike the government's response to his *Massiah* motion as untimely (Dkt. No. 3436). The motion is **DENIED**. Although the government's response was served eight days after the deadline, it contains factual assertions critical to deciding defendant Flores' *Massiah* motion. Moreover, the government's responses to *Massiah*-related motions filed by defendants Guillermo Herrera and Jonathan Cruz-Ramirez — filed on January 21 and January 31, respectively — contained virtually the same legal arguments as contained in the late-filed response to defendant Flores' motion. Defendant Flores joined in the motions filed by Guillermo Herrera and Cruz-Ramirez and it is likely counsel reviewed the responses to those motions.

**IT IS SO ORDERED.**

Dated: February 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE