RECEIVED
2011 FEB 10 P 3: 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MORIS FLORES, et al., <br> Defendants. | No. CR 08 0730 WHA <br><br> **SEALING ORDER** <br><br> **FILED UNDER SEAL** |

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the following documents previously received by the Clerk of the Court, be filed UNDER SEAL and not unsealed without further order of the court:

1)   Joinder in Government's Motion for Continuance of Trial Date and Exhibit A thereto;

2)   Ex Parte Application to Seal Joinder in Government's Motion for Continuance of Trial Date and Exhibit A thereto;

~~4)   Sealing Order;~~

Dated: February 11, 2011.

Hon. WILLIAM ALSUP
United States District Court Judge