1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   WIL FRENTZEN (LABN 24421)
5  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorneys
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone: (415) 436-6758
8      Facsimile: (415) 436-6753
       E-Mail: wilson.leung@usdoj.gov
9
   THERYN GIBBONS (NYBN 759321)
10 Trial Attorney, United States Department of Justice

11 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: S3-CR-08-0730 WHA |
| v. | |
| MORIS FLORES, | GOVERNMENT'S APPLICATION AND [~~PROPOSED~~] SEALING ORDER |
| Defendants. | ~~UNDER SEAL~~ |

The Government respectfully submits this Application and [Proposed] Sealing Order to request that its Opposition to defendant Moris Flores's motion for suppression under Massiah be filed under seal because the Opposition specifically identifies Government cooperating witnesses and references materials covered by the Protective Order between the parties.

//

DATED: February 11, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney

FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED that the Government's Opposition be filed under seal until further order of this Court.

SO ORDERED.

February 11, 2011.

_____
HON. WILLIAM ALSUP
United States District Court