1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

MORIS FLORES, *et al*.

          Defendants.

_____/

No. CR 08-0730 WHA

**ORDER RE BRIEFING SCHEDULE
FOR DEFENDANT MORIS FLORES'
MOTION RE TRIAL GROUPING**

Any response by the government to defendant Moris Flores' motion to group his trial with defendant Manuel Franco is to be filed by **FRIDAY, FEBRUARY 25 AT NOON.** Any reply must be filed by **TUESDAY, MARCH 1 AT NOON.** The parties will be notified if a hearing on the motion is deemed necessary.

**IT IS SO ORDERED.**

Dated: February 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE