IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORIS FLORES, *et al*.<br><br>Defendants. | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR DEFENDANT FLORES' MOTION FOR DISCOVERY OF IMPEACHING INFORMATION AND REQUEST FOR HEARING ON DISCOVERY MOTION AND TRIAL GROUPING MOTION** |

Any response by the government to defendant Moris Flores' motion for discovery of impeaching information is to be filed by **FRIDAY, MARCH 11 AT NOON** (Dkt. No. 3576). Any reply must be filed by **WEDNESDAY, MARCH 16 AT NOON**. The parties will be notified if a hearing on the motion will be necessary.

Defendant Flores also requests a hearing for his motions regarding trial grouping and discovery related to defendant Manuel Franco (Dkt. No. 3565). This request is **GRANTED IN PART AND DENIED IN PART**. A hearing will be held on the discovery motion regarding defendant Franco on **MARCH 7 AT 1 P.M.** (Dkt. No. 3402). No hearing will currently be scheduled, however, for the trial grouping motion (Dkt. No. 3386). As stated in a prior order, after briefing on that motion is complete, the undersigned will determine whether a hearing is necessary (Dkt. No. 3549).

**IT IS SO ORDERED.**

Dated: March 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE