IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE ORAL ARGUMENT ON DEFENDANT MORIS FLORES' MOTION FOR DISCOVERY OF IMPEACHING INFORMATION AT MARCH 23 HEARING** |
| MORIS FLORES, *et al*. | |
| Defendants. | |

The parties should be prepared to present argument at the March 23 hearing on defendant Moris Flores' motion for discovery of impeachment information (Dkt. No. 3576).

Dated: March 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE