MARK ROSENBUSH
Attorney at Law - CSB # 72436
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant
MORIS FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08 0730 WHA |
| Plaintiff, | **ORDER** [Proposed] Sealing Documents |
| vs. | |
| MORIS FLORES, *et al.*, | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFORE, upon the application of Defendant Moris Flores and the declaration of counsel Mark Rosenbush in support thereof;

IT IS HEREBY ORDERED that the following documents, received by the Clerk of the Court on March 31, 2011, be filed **UNDER SEAL** and not unsealed without further order of the court: Exhibit A to Mr. Flores's Motion for Leave to File Motion to Reconsider Motion to Continue Trial.

Dated: March 31, 2011.

_____
Hon. WILLIAM ALSUP
United States District Judge