IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORIS FLORES, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER TO SHOW CAUSE TO SFPD RE DEFENDANT MORIS FLORES' SUBPOENA RE MARQUEZ HOMICIDE** |

The SFPD is ordered to show cause why defendant Moris Flores' April 12 subpoena regarding the Brian Marquez homicide should not be enforced in its entirety. The deadline for the SFPD to produce documents in response to the subpoena was today, April 27. To date, the undersigned has not received a production in response to the subpoena nor a motion to quash from the SFPD.

It may be that the SFPD failed to respond to the subpoena in the hopes that the government's April 24 motion to quash the subpoena would be granted (Dkt. No. 4076). The government's motion to quash the subpoena, however, was denied for lack of standing because the government failed to demonstrate that the subpoena infringes upon the its legitimate interests (April 27 Tr. 4525). Accordingly, even though the SFPD is not entitled to an extension of time, the SFPD will be given a brief extension until **5 P.M. ON MONDAY, MAY 2** to either produce the subpoenaed documents or file a motion to quash.

If the SFPD seeks to quash the subpoena, counsel for the SFPD — Attorney Ronnie

Wagner — must first meet and confer with counsel for defendant Flores — Attorney Mark Rosenbush — before filing any such motion. Where possible, the parties are encouraged to resolve any disputes over the scope of the subpoena without court intervention.

**IT IS SO ORDERED.**

Dated: April 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE