IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MORIS FLORES, *et al*.

Defendants.
/

No. CR 08-0730 WHA

**ORDER DENYING WITHOUT PREJUDICE SFPD'S MOTION TO QUASH SUBPOENA SERVED BY DEFENDANT MORIS FLORES**

The SFPD's motion to quash defendant Moris Flores' subpoena for certain records relating to the 2005 Brian Marquez homicide is **DENIED WITHOUT PREJUDICE** to an amended motion supported by sworn declaration.

The SFPD will have until **NOON ON MONDAY, MAY 9** to either produce the subpoenaed records or file an amended motion. The sworn declaration accompanying any amended motion must provide adequate detail for the Court to independently assess any claims made in the amended motion — conclusory statements will not suffice. The declaration must also specifically address the SFPD's claims that: (1) the "SFPD has reviewed the Brian Marquez Homicide file and determined that it contains no exculpatory information relative to defendant herein Flores in the pending case"; (2) the subpoena would "intrude[] upon third party rights of privacy"; (3) the requested records are part of "an ongoing, open, unsolved Homicide Detail case"; and (4) release of the requested records "would compromise and damage [the SFPD's] ability to complete its investigation and solve the case" (Dkt. No. 4122 at 8).

If the SFPD files an amended motion, the motion will be heard on **WEDNESDAY, MAY 11 AT 1 P.M.** in Courtroom 4 on the 17th Floor. Counsel for the SFPD — Attorney Ronnie Wagner — must be present.

Defendant Flores' response to the SFPD's original motion to quash will be deemed to be responsive to any amended motion by the SFPD (Dkt. No. 4144). If defendant Flores wishes to submit any additional material, he must do so by **5 P.M. ON TUESDAY, MAY 10**.

**IT IS SO ORDERED.**

Dated: May 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE