RONNIE M. WAGNER State Bar #221461
SFPD Legal Division Attorney
San Francisco Police Department
850 Bryant Street, Room 575
San Francisco, California 94103
Telephone: (415) 553-1147
Facsimile: (415) 553-1999
E-Mail: Ronnie.wagner@sfgov.org

Attorney for
SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | ~~PROPOSED~~ **ORDER TO FILE DECLARATION UNDER SEAL** |
| v. | |
| IVAN CERNA, et al.<br>(MORIS FLORES)<br>Defendants. | |

IT IS HEREBY ORDERED that San Francisco Police Department's Declaration of Attorney Ronnie M. Wagner in support of SFPD's May 6, 2011 Amended Motion to Quash SDT be filed under seal.

IT IS SO ORDERED.

DATED: May 9, 2011.

_____
HONORABLE WILLIAM H. ALSUP,
UNITED STATES DISTRICT JUDGE