IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MORIS FLORES, *et al.*

Defendants.

No. CR 08-0730 WHA

**ORDER DENYING SFPD'S MOTION TO QUASH AND GRANTING REQUEST FOR *IN CAMERA* REVIEW OF SFPD MARQUEZ HOMICIDE FILE**

As stated at the May 11 hearing, the SFPD's motion to quash is **DENIED**. The SFPD's Brian Marquez homicide file will be reviewed *in camera* to determine whether any records should be released to counsel for defendant Moris Flores. By **FRIDAY, MAY 13 AT NOON**, the SFPD is to produce copies of the following records in its possession or control that are related to the homicide:

- Descriptions of the shooter made by witnesses to the shooting;
- CAD reports of 911 calls that include descriptions of the shooter;
- Photo arrays *shown* to witnesses to the shooting with their responses;
- Confessions or admissions by suspects other than Flores;
- Records indicating the exact time of the shooting; and
- Inspectors' notes identifying suspects other than Flores.

If any records are released, the records will be considered "protected material" subject to the January 31 protective order — joined by defendant Flores — governing protected material

produced by the SFPD (Dkt. Nos. 3253, 3343).

**IT IS SO ORDERED.**

Dated: May 12, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE