RONNIE M. WAGNER State Bar #221461
SFPD Legal Division Attorney
San Francisco Police Department
850 Bryant Street, Room 575
San Francisco, California 94103
Telephone: (415) 553-1147
Facsimile: (415) 553-1999
E-Mail: Ronnie.wagner@sfgov.org

Attorney for
SAN FRANCISCO POLICE DEPARTMENT

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER TO FILE DECLARATION CONCERNING ~~DISCOVERY~~ PRODUCTION OF MAY 13, 2011 UNDER SEAL |
| v. | |
| IVAN CERNA, et al. (MORIS FLORES) | |
| Defendants. | |

IT IS HEREBY ORDERED that San Francisco Police Department's Declaration of counsel *and sealing application* concerning discovery production of May 13, 2011 be filed under seal.

IT IS SO ORDERED.

DATED: May 13, 2011.

_____
HONORABLE WILLIAM H. ALSUP,
UNITED STATES DISTRICT JUDGE

1