IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORIS FLORES, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT FLORES'** ***EX PARTE*** **APPLICATION FOR DISCLOSURE OF FURTHER INFORMATION FROM SFPD MARQUEZ HOMICIDE FILE** |

On May 17, the Court turned over to counsel for defendant Moris Flores all records received from the SFPD in response his subpoena for materials related to the homicide of Brian Marquez. The Court, however, redacted all identifying information of witnesses and personal information implicating privacy concerns (dates of birth, addresses, phone numbers) prior to producing the records and specified that any request for production of unredacted material must specify what material is sought to be unredacted and articulate good cause.

Defendant Flores now moves for: (1) witness identifying information redactions to be removed; and (2) the production of additional material. The SFPD shall have until **FRIDAY, JUNE 3 AT 5 P.M.** to respond to defendant Flores' motion. If no response is received from the SFPD, records with witness identifying information will be turned over to counsel for defendant Flores, subject to protective order. If the SFPD opposes the motion, defendant Flores will have until **TUESDAY, JUNE 7 AT 5 P.M.** to file a response. Oral argument on the motion will be heard on **WEDNESDAY, JUNE 8 AT 1 P.M.**

Defendant Flores' motion and the supporting declarations shall be filed *ex parte* and under seal as the documents contain protected material and material produced *ex parte* to counsel. There is no need, however, for this order to be filed under seal or *ex parte*, as it does not reference any substantive material not already in the public record. Nor do the national or local rules or the Sixth Amendment prohibit the SFPD from sharing the motion with the government, especially given that it is a follow-on motion to a publicly filed motion (Dkt. No. 4122).

**IT IS SO ORDERED.**

Dated: May 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE