IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-0730 WHA |
|---|---|
| Plaintiff, | **ORDER** [Proposed] |
| vs. | Granting Defendant Moris Flores' *Ex Parte* Application for Costs for Appearance of Witnesses at Trial |
| MORIS FLORES, *et al.*, | |
| Defendants. | |

Defendant MORIS FLORES seeks an order requiring the United States Marshal to pay the costs associated with the appearance of the following witness at trial:

1. Maureen D'Amico;

2. Elizabeth McCarthy;

3. Ines Swaney;

4. Lizbett Calleros;

5. Vanessa Juwono;

6. Hock Cheong.

For good cause shown, the request is **GRANTED**. It is hereby **ORDERED** that the costs of

1

such process and witness fees, travel expenses, lodging, and per diem associated with the above fact witnesses' attendance at trial shall be paid as if the witnesses were subpoenaed on behalf of the government. See FRCP 17(b); 28 U.S.C. 1821.

**IT IS SO ORDERED**.

Dated: July __20__, 2011.

_____
WILLIAM ALSUP
United States District Judge

2